# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
JUN 27 2019
CLERK, SUSAN Y. SOONG
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| United States of America ) | Case No. CR-19-70965 |
| v. ) | |
| Arturo Ledesma ) | Charging District: Southern District of Illinois |
| ) | Charging District's Case No. 18-cr-30103_NJR |
| *Defendant* ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: 750 Missouri Avenue East St. Louis, IL 62201 | Courtroom No.: Duty MJ |
|---|---|
| | Date and Time: 7/18/2019 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 06/27/2019

*(signature)* Susan van Keulen
*Judge's signature*

Susan van Keulen, United States Magistrate Judge
*Printed name and title*

[ Print ]  [ Save As... ]                              [ Reset ]